UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | Case No. 4:09-630-TLW |
| vs. ) | |
| ) | ORDER |
| Jaime Altman, ) | |
| ) | |

The above referenced defendant was sentenced on December 9, 2009 to be imprisoned until December 30, 2009, with a three year term of supervised release to follow. Pursuant to an Order by this Court filed on December 21, 2009, the United States Marshal was instructed to release Defendant on December 30, 2009. (Doc. # 246). However, based upon new information brought before this Court, the United States Marshal is hereby instructed to release Defendant on December 29, 2009 at 12:00 pm.

**IT IS SO ORDERED**.

s/Terry L. Wooten<br>United States District Judge

December 29, 2009
Florence, South Carolina